IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEA S. FRYE | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 4:17-mc-1926 |
| | § | |
| vs. | § | |
| | § | (FILED UNDER SEAL) |
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

On this day, the Court considered Plaintiff's Motion to Seal Original Complaint. The Court, having reviewed the motion, is of the opinion that Plaintiff's Motion is supported by good cause.

IT IS THEREFORE ORDERED, Plaintiff's Motion to Seal Original Complaint is GRANTED.

SIGNED this \_\_\_\_ day of _____, 2017.

_____
JUDGE PRESIDING